## Commonwealth *v.* Benningfield, Appellant.

Argued September 16, 1964. *Oscar F. Spicer,* for appellant; *Daniel E. Teeter,* Special District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* DiAntonio, Appellant.

Argued September 15, 1964. *Peter Katevatis,* with him *Edward Reif,* for appellant; *Gordon Gelfond,* Assistant District Attorney, with him *Thomas M. Reed,* Chief Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Judgment of sentence affirmed.